RECEIVED
IN MONROE, LA

MAY 0 7 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

RANDY LEE BATISTE

VS.

CALDWELL CORRECTIONS CENTER
ET AL.

CIVIL ACTION NO. 07-0258

SECTION P

JUDGE JAMES
MAGISTRATE JUDGE HAYES

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation filed in the record,

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii);

**IT IS FURTHER ORDERED** that plaintiff's Motion for Summary Judgment [Doc. No. 22] be **DENIED;** and,

**IT IS FURTHER ORDERED** that plaintiff's Motion for Inmate Emergency Transfer/Relief Request [Doc. No. 10] be **DENIED.**

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this the 7 day of May , 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE